# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

| | | | |
|---|---|---|---|
| In Re: | LISA K. ROTHMEYER | | Case Number: 07-70730 |
| | 1916 SPRINGBROOK AVENUE | SSN-xxx-xx-0776 | |
| | ROCKFORD, IL  61107 | | |

|  |  |
|---|---|
| Case filed on: | 3/29/2007 |
| Plan Confirmed on: | 6/29/2007 |

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan:  $750.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 1,500.00 | 1,500.00 | 523.38 | 0.00 |
| | Total Legal | 1,500.00 | 1,500.00 | 523.38 | 0.00 |
| | | | | | |
| 999 | LISA K. ROTHMEYER | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | |
| 001 | CHASE HOME FINANCE LLC | 11,963.50 | 178.60 | 178.60 | 0.00 |
| | Total Secured | 11,963.50 | 178.60 | 178.60 | 0.00 |
| | | | | | |
| 002 | PORTFOLIO RECOVERY ASSOCIATES | 996.21 | 996.21 | 0.00 | 0.00 |
| 003 | WORLD FINANCIAL NETWORK NATIONAL BANK | 519.41 | 519.41 | 0.00 | 0.00 |
| 004 | ASSOCIATED COLLECTORS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | BARRICK, SWITZER, LONG, BALSLEY & VAN EV | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | B-REAL LLC | 2,144.91 | 2,144.91 | 0.00 | 0.00 |
| 007 | COMED CO | 2,229.39 | 2,229.39 | 0.00 | 0.00 |
| 008 | CREDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | DISCOVER FINANCIAL SERVICES | 6,449.79 | 6,449.79 | 0.00 | 0.00 |
| 010 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | NCO - INOVISION | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ROCKFORD MERCANTILE AGENCY INC | 1,383.00 | 1,383.00 | 0.00 | 0.00 |
| | Total Unsecured | 13,722.71 | 13,722.71 | 0.00 | 0.00 |
| | | | | | |
| | Grand Total: | 27,186.21 | 15,401.31 | 701.98 | 0.00 |

| | |
|---|---|
| Total Paid Claimant: | $701.98 |
| Trustee Allowance: | $48.02 |
| Percent Paid Unsecured: | 0.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 01/29/2008          By   /s/Heather M. Fagan